UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TERPSEHORE MARAS,<br><br>Plaintiff,<br><br>vs.<br><br>MAYFIELD CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al,<br><br>Defendants. | Case No: 1:21-CV-1711<br><br>Hon. Solomon Oliver, Jr., U.S.D.J.<br><br>**NOTICE OF MOTION** |

Pursuant to Fed. R. Civ. P. 15(a)(2) and 28 U.S.C. § 1915(d), Plaintiff, Terpsehore Maras, seeks leave to amend her Amended Complaint and referral to legal counsel.

Plaintiff will rely on her Declaration, dated December 16, 2021, the Memorandum of Law, and Proposed Order submitted in support of this motion.

Respectfully submitted,

*/s/ Terpsehore Maras*

TERPSEHORE MARAS

Plaintiff Terpsehore Maras
410 Superior Ave., #14597
Cleveland, OH 44114
Tel: (503) 430-0000
mayfieldparentsunion@gmail.com

Dated: December 16, 2021

## CERTIFICATE

I hereby certify that on this 16th day of December, 2021, a copy of the foregoing Brief in support of Plaintiff's Motion to Amend and for Appointment of Counsel was filed with the United States District Court for the Northern District of Ohio. Notice will also be sent to Defendants' counsel via email to: Tom.Feher@ThompsonHine.com.

I also certify that pursuant to L. Civ. R. 7.1(f), I have not been informed by the Clerk that this action has been assigned a track. Accordingly, in keeping with L. Civ. R. 7.1(f), Plaintiffs' Memorandum of Law does not exceed the page limitation for unassigned cases.

_____
TERPSEHORE MARAS

Dated: December 16, 2021