**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **P.M., a Minor, by and through her parent, Terpsehore Maras, *et al*.** | |
| Plaintiffs, | **CASE NO.:** 1:21 CV 1711 |
| -vs.- | **JUDGE:** HON. SOLOMON OLIVAR, JR. |
| **MAYFIELD CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al*.** | **NOTICE OF APPEAL** |
| Defendants. | |

Terpsehore Maras, individually, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered against her in this action on September 30, 2022.

Respectfully submitted,

*/s/ John T. Pfleiderer*
Warner D. Mendenhall (0070165)
John T. Pfleiderer (0100195)
MENDENHALL LAW GROUP
190 North Union Street, Suite 201
Akron, Ohio 44304
Tel: (330) 535-9160
Fax: (330) 762-3423
warner@warnermendenhall.com
john@warnermendenhall.com

Daniel J. Orlando (0097424)
WEISENSELL, MASTRANTONIO & NIESE, LLP
23 South Main Street, Suite 301
Akron, Ohio 44308
Tel: (330) 434-1000
dorlando@nwm-law.com

*Attorneys for Plaintiff*
*Terpsehore Maras*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel for Defendants via the Court's electronic filing system.

*/s/ John T. Pfleiderer*
John T. Pfleiderer